# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| GRANT MANUFACTURING & ALLOYING, INC., | : Nos. 27 & 28 MAL 2015 |
| | : |
| | : |
| Petitioner | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| GREGORY MCILVAIN AND DARYL WILLIAMS, | : |
| | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 17th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.